1

2

3

4

5

6

7

8

O

9             IN THE UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13    ANTONIO LAGUNAS,                    Case No. CV 16-748 CAS (MRW)

14              Petitioner,

15         v.                             ORDER ACCEPTING FINDINGS
                                          AND RECOMMENDATIONS OF
16    S. SHERMAN, Warden,                 UNITED STATES MAGISTRATE
                                          JUDGE
17              Respondent.

18

19

20       Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

21   file, and the Report and Recommendation of the United States Magistrate Judge.

22   Further, the Court engaged in a de novo review of those portions of the Report to

23   which Petitioner objected.  The Court accepts the findings and recommendation of

24   the Magistrate Judge.

25

26

27

28

1         IT IS ORDERED that Judgment be entered denying the petition and

2    dismissing this action with prejudice.

3

4

5    DATE: May 5, 2016

6                                      HON. CHRISTINA A. SNYDER

7                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28